# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Consolidated Transaction Processing LLC, <br><br> Plaintiff, <br><br> v. <br><br> Johnny Was LLC, <br><br> Defendant. | Civil Action No. 1:22-cv-2825-JBG <br><br> **JURY TRIAL DEMANDED** |

**AGREED MOTION FOR INITIAL EXTENSION OF TIME TO FILE ANSWER**

Plaintiff Consolidated Transaction Processing LLC ("CTP") and Defendant Johnny Was LLC ("Johnny Was") file this Agreed Motion for an Initial Extension of Time to File Answer. The parties respectfully show the following:

CTP filed its Complaint (D.I. 1) in this matter on May 27, 2022. Defendant was served with the Complaint on July 6, 2022 (*see* D.I. 8). The current deadline for Defendant to answer or otherwise respond to the Complaint is July 27, 2022. Defendant has requested and CTP has agreed to an extension of this deadline up to and including August 26, 2022.

The parties respectfully request that this Court extend the deadlines for Defendant to answer or otherwise respond to the Complaint up to and including August 26, 2022.

Dated: July 20, 2022	DEVLIN LAW FIRM LLC

*/s/ Neil A. Benchell*
Neil A. Benchell
nbenchell@devlinlawfirm.com
DEVLIN LAW FIRM LLC
815 North Elmwood Avenue,
Oak Park, IL 60302
Phone: (302) 351-4400

*Attorneys for Plaintiff*
*Consolidated Transaction Processing LLC*