## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Consolidated Transaction Processing LLC

                Plaintiff,

v.                     Case No.: 1:22−cv−02825
                    Honorable Joan B. Gottschall

Johnny Was LLC

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 21, 2022:

  MINUTE entry before the Honorable Joan B. Gottschall: The parties' agreed motion [9] for an extension to and including 8/26/2022 of defendant's deadline to answer or otherwise respond to the complaint is granted. The deadline for the parties to file a joint initial status report is extended to and including 9/9/2022. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.